UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD O. JACKMON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CYNTHIA FRITZ, et al.,<br><br>　　　　Defendants. | Case No. 16-07178 BLF (PR)<br><br>**JUDGMENT** |

　　　　The Court has dismissed all claims against Defendants and granted their motion for summary judgment. Judgment is entered in favor of Defendants.

　　　　**IT IS SO ORDERED.**

**Dated:** ___9/4/2018___

　　　　　　　　　　　　　　　　　　　　　　　　*Beth Labson Freeman*
　　　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Judgment
PRO-SE\BLF\CR.16\07178Jackmon_judgment